JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GRAND & OLIVE, LLC, a California Limited Liability Company; FARHAD AND SHIRIN LLC, a California Limited Liability Company; THE NORMAN FAMILY LIMITED PARTNERSHIP, a California Limited Partnership; GRANDTON, LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:16-CV-06618-PJW<br><br>**ORDER** |

## **ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: January 2, 2017

_/s/ Patrick J. Walsh_
HONORABLE PATRICK J. WALSH
U.S. MAGISTRATE JUDGE